IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

RECEIVED
2006 APR 14 A 10:14

ROGER CHARLES LANIER "Pro se"
#220979        plaintiff,

V.                                              2:06CV343-F

GOVERNOR BOB RILEY;
COMMISSIONER RICHARD
F. Allen; etc. AL,
           Defendants

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now Roger Charles Lanier, the plaintiff in the above style cause "Pro se" requesting this Honorable Court to grant this motion for a temporary restraining order against the defendants and the Alabama Department of Corrections as a whole for the following reasons; which causes me to fear for my life as well as my well-being.

1

1. There has been at least five attempts made on my life to murder me by inmates and officers who are being paid by a civilian to do so. This has been taking place since 2002 and is noted in my institutional file of my incarceration.

2. Members of the Mental Health staff, officers and inmates are putting prescribed medications such as antipsychotic, tranquilizers and psychotropic medications in my food, water and cups. This is being done to sadate me so that officers and inmates can search plaintiff's property, legal work, notes & data banks and make copies of the legal work which is the basis for plaintiff's 1983 suit plaintiff is bringing forth. While plaintiff is sadated officers allow inmates to steal, destroy, view and read the plaintiff's personal property, letters, photos and cards.

3. Plaintiff is facing retaliation by officers, inmates, administration and by the civilian who is paying them to do so.

Plaintiff is receiving these forms of retaliation in the forms of more threats on plaintiff's life, threat to have more time added to plaintiff's sentence, or good-time taken, thus increasing plaintiff's sentence, denying plaintiff access to courts by not providing effective, adequate and meaningful access to court by improperly locking plaintiff in Mental Health Seg. where access to the courts or anything else is none exsistant. plaintiff is threaten with Disciplinary write-ups, being committed in a mental institution if plaintiff does not stop legal work, plaintiff is trying to be set up by officers, plaintiff has been assaulted several times by officers, plaintiff has been denied medical care at several institutions because of the fear of my being drugged being found out.

4. Plaintiff's outgoing and incoming mail are being read including plaintiff's priority Legal Mail outside of plaintiffs view without any cause but to monitor and know what legal steps plaintiff may take

This is being done outside of regular prison policy by officers who are being paid to keep track and report my correspondence to the civilian that pays them. plaintiff's phone calls are monitored and recorded for this civilian.

    5. plaintiff has been transfered all over the state and the civilian is deeply rooted in the ADOC and travels with me as if he already knows where I will go next. plaintiff requests to be removed from the ADOC and be allowed to go to a Federal prison. plaintiff is very tired of this drug lord operating within the ADOC who has and is trying to kill the plaintiff. plaintiff needs help that the ADOC cannot provide. There are so many things that the plaintiff can't name them all. plaintiff has wrote the F.B.I. several times along with the commissioner and the plaintiff's family has called these people and Bureau requesting that help be sent. Now plaintiff is requesting this Honorable Court to grant this Motion. Notify the Federal

BUREAU of investigation and request that they please send immediate help. The ADOC is trying to cover up and coherce plaintiff into saying what they want said. plaintiff needs federal help.

6. plaintiff is being locked up in the Mental Health lock-up where plaintiff is not eating because officers, Inmates, and others are trying to poision plaintiff plaintiff has refused verbally any type of medications and or treatment under the doctrine of informed consent only to be told this is ADOC's house and they will do what they want to.

Wherefore all premises being considered the plaintiff prays this Honorable Court will grant this motion.

Submitted this 12th day of April, 2006,

*Roger C. Lanier*
Roger C. Lanier
220779 "Pro se"