IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER CHARLES LANIER, #220979, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-343-MEF |
| ) | |
| Bob Riley, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Temporary Restraining Order contained in Plaintiff's Complaint (Doc. #1) filed on April 14, 2006 it is hereby ORDERED that the motion is DENIED. It is further ORDERED that this cause is referred to Magistrate Judge Boyd for action or recommendation on all pretrial matters.

DONE this the 14th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE