IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROGER CHARLES LANIER, #220079  *

    Plaintiff,  *

    v.  *  2:06-CV-343-MEF

GOVERNOR BOB RILEY, *et al.*,  *

    Defendants.  *

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Montgomery County Detention Facility in Montgomery, Alabama, filed this 42 U.S.C. § 1983 action on April 14, 2006. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before May 1, 2006 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Montgomery County Detention Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

undersigned that this case be dismissed; and

    2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done, this 17th day of April 2006.

                                  **/s/ Delores R. Boyd**
                                    DELORES R. BOYD
                                    UNITED STATES MAGISTRATE JUDGE