# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.

ROGER CHARLES LANIER
#220979
            Plaintiff,

v.

GOVERNOR BOB RILEY, et. al.,
            Defendants

2:06-CV-343-MEF

RECEIVED
2006 APR 26  A 9:45

Comes now Roger Charles Lanier, plaintiff in the above style cause "Pro Se" requesting this Honorable Court to grant the previous motion for a temporary restraining order against the defendants, plaintiff also clarifys that the defendants are being, named and unnamed defendants, their agents and employees are sued in their official, individual and personal capacities for showing & displaying deliberate indifference towards plaintiff's health & wellbeing and as a direct result of that plaintiff suffered, serious personal emotional, physical harm for which he seeks relief.

Plaintiff is being held on the Mental Health unit at Kilby Correctional Facility where plaintiff is being drugged, illegally. Plaintiff is not a Mentally ill

1.

patient but plaintiff is forced to be housed on this unit with mentally ill patients with bizzare behavior. Plaintiff is a competent adult who refuses medicine and still plaintiff is used as a test rat for drugs here. IT'S in plaintiff's food cups, hot water and is in the plaintiff's blood-stream for which the plaintiff request this Honorable Court to please issue a ORDER for an outside lab to come take my blood sample to determine all of the drugs that has been given to plaintiff.

This is the second day that the plaintiff has not eaten or dranked anything for fed plaintiff will be drugged or poisoned again. Plaintiff has told the warden of these happenings to no avail.

Wherefore all premises being considered plaintiff prays this Honorable Court will grant the motion and issue a injunction immediately. Plaintiff is really concerned that the civilian will pay someone to kill plaintiff as he has done before, through the employees & inmates of the ADOC who operate within his drug ring. Plaintiff needs to be off this unit.

Submitted 19th of April 2006

Roger C. Lanier
Roger C. Lanier
220979 MHU-17

2

April 10, 2006, I went to sick call told the LPN that I had another sick call slip in the box that I needed to be seen for and I was told to just tell the Nurse Practitioner everything. I told him I had been drugged & poisoned then I told him what was happening to my body as a result to this. I asked for some ointment for my wound from the assault by officer Walter. I was told to wait in the waiting room the the runner Convell brought some styrofoam cups and a pitcher of water containing some form of calogenic which made me sleepy. I asked if I could return to the dorm and was given a slip for 2x day 600mg of Motrin for my back and creme for atheletes feet.

April 11, 2006, I was called for sick call for the 10th of April sick call slip. This sick call slip said I needed treatment for the assault I suffered by officer Walters. I was told to sign a paper stating I had been seen the 10th so I did. I was told to use soap & water for the wound. I went back to the dorm and went to my box and noticed someone had been playing with my locker digits. I asked the dorm officer if I could go to the shift office and get a new lock and she said they were busy. I returned to my bed and started to fix something to eat the next thing I knew is I was being called to the shift office. There they said a inmate who would not be named alleged me to be walking around with a lock. I told Lt. Bolding and Sgt. Clay this was not true. I was taken to Mental Health and locked up because it was belived that my locker box was being gone into by officers & inmates who are being paid to do it to steal, read my legal work and destroy my property. Once locked up officer Harris drugged me with some hot water, he melted a tranquilizer in my soup water while Sgt. Woods, officer Harbor came in my cell and read my legal work.

April 12, 2006, I awoke and spoke to a Dr Donald from Mont. He said he would ask the DR's to keep an eye on me I kept telling them that I refuse treatment. I wrote a request to the Captain & the warden about officer Harris & Sgt. Woods in my cell and requested to speak.

to I&I and them. I had my food items bagged up and put in receiving. I have been refused my right to exercise and use the phone as retaliation to my legal work. I was allowed to use the shower with no problems but when I need to use the phone or walk they say they had problems out of me, coming back into the unit after I spoke with Dr. McGuinn. I told them I feared for my life on this unit because they almost killed me the last time I was on this unit. I spoke to Sgt. Smith & Sgt. Woods along with officer Armstrong requesting to speak to Captain Berry and I asked the nurse to speak to Dr. McGuinn.

April 13, 2006, I was too weak to get up and shower, I was lied to about the phone saying it was not working when another inmate said he just got through using it. I gave a letter going to the Washington DC Bldg and a request for the Warden & Captain Berry to officer Woodard. I spoke with Nurse Anderson about me not eating and she said she was going to get Dr. McGuinn. I spoke to Dr. McGuinn and he said he was gonna help me get a disability check started. I told him I wanted off this unit. He left. I was standing at the door and the next thing I knew officer Harriss was pouring water on me to revive me. Officer Harriss told me that he had told Dr. McGuinn that I was passed out by my door and thats when officer Harriss poured the water on me to revive me. I asked the nurse to see a Doctor but was refused. I hit my head on the door apparently because my head is really sore on one side and there were traces of blood when I first was revived on my head. I reported this to officer Freeman who said he was gonna tell Sgt. Woods, who I saw sitting up front on the desk but did nothing. I wrote a letter to the Northern District Court Southern Division requesting a TRO & a request for help. CV04-J-2095 I turned in a sick call slip, about my head and old wound from being assaulted.

April 14, 2006, I turned in my mail to officer Chatman going to the Warden, Captain and District Court marked priority mail. I have copies of them ALL, dated. I requested to see Dr. McGuinn and he said that because of my legal work spread across my floor they were not gonna let me out, until I Eas. I saw the doctor about my request slip (sick call) and he looked in my ears for my head injury from passing out and hitting the door and he did nothing for the gouge in my shine from being assaulted. I asked the Dr. to please don't leave me back here, over the weekend to starve and he said he couldn't get me out. He said Nobody wanted me in population. On second shift I passed out from being weak and officer Foster brought me back too. Dr. McGuinn was there but did nothing. I was told by the therapist to just eat the food with the medicine in it. I told him there is thorozene in the medicine, in the medicine and he said it's the only way out. Dr. McGuinn threatened to have me committed to a Mental Hospital. I requested to speak to the S-1 on the shift, Sgt. Smith. I gave him a hand mail written by me. I have not showered or went outside because I have been too weak and I have been refused a phone call every since April 14, 2006 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ I still haven't eaten

April 15, 2006, I was to week to use the shower officers Jackson & Brown tryed to help me but I was to weak. I requested to get my food from receiving but when I got it I discovered it was to hard for me to eat. I asked nurse Roberts for a doctor and she said she would call DR. McGuinn. I asked officer Jackson to log it in that I need a doctor. The Nurse asked me to drink water out of my sink but my sink has NOT worked for 3 days & I have been telling people this. I have not eaten since the 11th of April. After 3 days of not eating the captain and warden was supposed to be notified. I requested to be hospitalized. I packed my belongings and waited to be admitted. I passed out shortly after, on second shift I called out for help and the Nurse on second shift gave me 2 ensures to drink in which I opened them myself. I later ate some of my food I still have not and am not going to eat the food with the medicine in it (when the food was to hard for me to eat I mean my esophagus was closed I had nothing to drink or to eat 4 days, since the 11 of April. I have not eaten the state food since 29th of March. My sink is still not fixed, and my toilet is still backed up

April 16, 2006, I could not make it to the shower because I woke up but passed back out. I was able to go and sit down for the excercise time. I tryed to use the phone but had the phone turned off in mental Health during the time of our excercise then turned them on once we were locked down. I asked to use the phone but was refused, on 1st & 2nd shift. I have been taking 2 ensures 3x day so my body feels good but I have no water because my sink does not work. a inmate came and looked at it from maintence and said it was broke which was what I already told him. I requested in writing to Sgt. Smith to be able to move to E-Dorm and he said he would notify the proper authorityes. I asked was there any paperwork done on me to notify the captain and warden that I had not eaten in 3 days and there was none. The nurses are not logging things properly. 3 days was Friday and noone was notified which left me to go through the weekend without food trying to force me to eat the contaminated food with medicine in it or die. I wrote the warden & The captain again copy enclosed asking to be moved and informing then I fear for my well-being back here because of how they tryed to force the medicine on me this weekend.

April 17, 2006, I had my two razors used by the mentally ill patients. The officers allowed them. I talked with officer woodard about being put in restraints because when I was putting out my dirty sheets & blanket he was trying to push a tray in my side, which hit the floor. The nurse came and closed the flap on my door and I told them that my cell was not adequately ventilated and to stop. officer woodard came and grabbed my arm and twisted it around the flap with both hands digging the tray side door into my arm. I needed to see a doctor so I kicked on the door to get one because nobody would get me one by asking.

I saw the nurse who told the LT. that my arm was hanging down out of the flap (food tray) to prevent my ventalation from being totally cut off when my arm was grabbed by both of officer Woodard's hands and bent around the food tray very aggressively. I and the nurse told LT. Bolding the same thing. I was treated. Dr. McGunn told me today that I would be in MH until I EOS because he was gonna try and have me involuntarily committed to a mental hospital. I was refused a walk as the day passed. I still have not eaten the food and I am still taking my ensures. I wrote two grievances, 1 for mental health holding me here and one for my head & arm hurting.

April 18, 2006, I went to use the telephone finally and I called Rhonda Brownstein of the Southern Poverty Law Center and told her I am being held on this unit against my will violating the informed "doctrine" consent. Dr. McGunn sent someone to my door to take information to try and have me committed and I told them nothing but informed them that I had not received anything in writing such as my notice which I am entitled to. I have not eaten but I have my ensures. Law library clerk failed to bring me my supplies I ordered yesterday and gave me another request form to fill out. I have been put in restraints because of yesterdays incident with officer Woodard (shower, phone, walk). I received my legal mail from the courts (middle district) It was opened and resealed before it was brought to me. Then later I was drugged through my hot water & ice can on second shift. I awoke and told the nurse at 10:00 p.m. she said okay. I had went or was sadated around 8:00 p.m. by the second shift runner. I awoke feeling groggy, sluggish and sedated even after I got up and moved around. I believe my legal work was read and viewed. The postage receiving date on my legal mail was wrong. The second shift nurse told the 3rd shift nurse to log what happened to me with the ice & hot water on second shift. I filled out a sick call slip stating that I am being drugged involuntarily and I stated that I have told the warden about this, and that this has been happening every since Saturday when I started eating my food. I wrote the warden a letter explaining things and asking to be moved to West Ward so I can get my own water & ice. My copy is enclosed in my notes, date 4-18-06. I wrote Captain Berry a request slip requesting to speak to I&I again. I wrote Mrs. Rhonda Brownstein and asked for some help. A copy of the letter is enclosed.

No food today April 19, 2006, was not seen for sick call and was not given a grievance form when requested for one. I have had no food, ensures, or neither do I have any commissary in my cell to eat. This was my first day with no food. I told Dr. McGunn that more has happened to me back here than there was to me in population. I wrote Internal Investigation and asked that they please come and see me. I asked to be moved to West Ward (Hospital) where I would be able to get my own ice, hot water, cups and a random tray but was refused.