# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROGER CHARLES LANIER  
220979           "Pro Se"

Plaintiff,

V.

GOVERNOR BOB RILEY et al,

Defendants.

Civil No: 2:06-CV-343 MEF (WO)

RECEIVED  
2006 MAY 10 A 9:29  
U.S. DISTRICT COURT  
MIDDLE DISTRICT ALA

## MOTION FOR RECONSIDERATION FOR THE APPOINTMENT OF COUNSEL FOR THE PLAINTIFF

Comes now the plaintiff, Roger C. Lanier "Pro Se" in the above style cause requesting this Honorable Court to appoint Counsel for the plaintiff for the following reasons:

1. The plaintiff is indigent and unable to afford counsel.

2. The plaintiff has no access to the prison's law library here at Kilby Correctional Facility because plaintiff is being held against his will in the High-Security Mental Health unit where plaintiff is unable to receive any pens, paper or materials such as books, case laws or addresses to help plaintiff in his meritorious claims. Plaintiff needs

1

to research and find case laws, study civil rules and procedures and study prior cases relevant to the plaintiff's but plaintiff is refused these materials

3. The plaintiff is untrained at law and does not know what he is doing.

4. This case will require discovery of documents and depositions of a number of witnesses including interrogatories and these witnesses have to be located and interviewed which the plaintiff is unabled to do in a segregation unit with no access to courts or legal aid.

5. The case involves medical issues that will require expert testimony which the plaintiff is unable to acquire.

6. Plaintiff has requested a jury trial.

7. This case is a very complex one because it contains several different legal claims involving several different defendants at several different facilities.

8. The appointment of counsel would enable the plaintiff to be able to have investigated crucial facts needed to prove plaintiff's claims, negotiating a settlement, conducting discovery, and other difficult tasks of litigation.

Wherefore all premises being considered the plaintiff prays that this Honerable Court will grant this motion for appointment of counsel so plaintiff can properly pursue his meritorious claims.

Submitted this 9th of May, 2006.

Roger C. Lanier
Roger C. Lanier
220179    "Pro se"