IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROGER CHARLES LANIER
220979
Pro Se
Plaintiff,

V.

GOVERNOR BOB RILEY, et al.,
Defendants

Civil NO: 2:06-CV-3▊43-MEF
(WO)

RECEIVED
2006 MAY 10 A 9:29
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REPLY TO MAGISTRATE JUDGE'S RECOMMENDATION DATED MAY 5, 2006

Comes now Roger Charles Lanier, plaintiff in the above style cause "Pro Se" notifying this Honorable Court that the plaintiff's motion for leave to proceed in forma pauperis was filed on April 19, 2006, with this Honorable Court by placing it in the U.S. Mail properly addressed to office of the clerk, United States District Court; P.O. Box 711; Montgomery, AL. 36101. (Court Doc. #2)

1. Plaintiff request this Honorable Court to check the record and note that the in forma pauperis has already been filed.

Submitted 9th of May 2006,

Roger C. Lanier
Roger C. Lanier
220979  "Pro Se"