IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROGER CHARLES LANIER, # 220979 )
)
    Plaintiff, )
)
v. )   Case No. 2:06-cv-343-MEF
)
BOB RILEY, *et. al.* )
)
    Defendants. )

## **ORDER**

This cause is before the Court on Plaintiff's motion to reconsider (Doc. # 4) this Court's April 14, 2006 Order (Doc. # 2) denying Plaintiff's motion for a temporary restraining order. Upon consideration, it is hereby ORDERED that the motion to reconsider (Doc. # 4) is DENIED.

DONE this 11th day of May, 2006.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE