IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROGER CHARLES LANIER, #220079          *

    Plaintiff,                              *

    v.                                      *       2:06-CV-343-MEF

GOVERNOR BOB RILEY, *et al.*,           *

    Defendants.                             *

_____

## ORDER

For good cause it is

ORDERED that the Recommendation of the Magistrate Judge entered on May 5, 2006 (Doc. No. 5) be and is hereby WITHDRAWN.

It is further

ORDERED that on or before May 22, 2006 Plaintiff submit either the $350.00 filing fee or an application for leave to proceed in this matter *in forma pauperis*. Plaintiff's failure to comply with this order shall result in a Recommendation that this case be dismissed without prejudice.

Done, this 12th day of May 2006.

                        **/s/ Delores R. Boyd**
                        DELORES R. BOYD
                        UNITED STATES MAGISTRATE JUDGE