IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROGER CHARLES LANIER, #220079 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-343-MEF |
| | | (WO) |
| GOVERNOR BOB RILEY, *et al.*, | * | |
| Defendants. | * | |

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on April 14, 2006. The court recently ascertained that Plaintiff is no longer housed at the Kilby Correctional Facility which is the last address the court has on file for Plaintiff. All parties have an affirmative duty to inform this court of any address changes during the pendency of their actions.

On May 19, 2006 the court entered an order directing Plaintiff to provide the court with his present address on or before May 30, 2006. ( Doc. No. 11.) Plaintiff was cautioned that his failure to comply with the court's May 19 order would result in a recommendation that this case be dismissed. (*Id*.) On May 25, 2006 the envelope containing Plaintiff's copy of the court's May 19, 2006 order was returned to the court marked "return to sender, inmate was released." As it appears clear that Plaintiff is no longer residing at the address he provided to the court when he filed the instant complaint, and that he has not provided this court with a new address, the undersigned concludes that dismissal of the complaint at this

juncture is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **June 7, 2006**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 26th day of May 2006.

                **/s/ Delores R. Boyd**
                DELORES R. BOYD
                UNITED STATES MAGISTRATE JUDGE