IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER CHARLES LANIER, #220079 )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GOVERNOR BOB RILEY, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-0343-MEF<br>[WO] |

## **O R D E R**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on May 26, 2006 (Doc. # 12), that this case be dismissed without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, it is hereby ORDERED that the recommendation is ADOPTED and the case DISMISSED WITHOUT PREJUDICE.

An appropriate judgment will be entered.

Done this the 16th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE